UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Long Beach Holding, LLC

v

Foremost Insurance Company, et al
---------------------------------------------------------------X

Case 2:14-cv-1801-ADS-AYS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:  Opposing Counsel
 Michael J. Mauro, The Law Offices of Michael J. Mauro, Esq. P.C.
 c/o WSA, 1 Raddison Plaza, 8th Floor
 New Rochelle, NY 10801

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Joseph J. Aguda, Jr. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Nielsen & Treas, LLC and a member in good standing of the bar(s) of the State(s) of Louisiana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Foremost Insurance Company. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: April 16, 2019

Signature of Movant
Firm Name Nielsen & Treas, LLC
Address 3838 N. Causeway Blvd., #2850
          Metairie, LA 70002
Email jaguda@nt-lawfirm.com
Phone (504) 837-2500

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Long Beach Holdings, LLC

                Plaintiff(s),

v.

Foremost Insurance Company

                Defendant(s).

Case No. 2:14-cv-01801-ADS-AYS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Joseph J. Aguda, Jr., being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Nielsen & Treas, LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Louisiana.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: LA27762
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No. 2:14-cv-01801-ADS for Defendant Foremost Insurance Company.

Date 4/16/19

*[signature: Carley Faucheux]*

**NOTARIZED**

**CARLEY ANN FAUCHEUX**
**NOTARY PUBLIC**
**LA BAR No. 37676**
**NOTARY I.D. No. 152371**
Parish of St. Charles, State of Louisiana
My Commission is issued for life

Signature of Movant *[signature]*
Firm Name
Address 3838 N. Causeway Boulevard
Suite 2850
Metairie, LA 70002
Email jaguda@nt-lawfirm.com
Phone (504) 837-2500

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____William W. Blevins_____, Clerk of this Court,

certify that _____Joseph James Aguda Jr._____, Bar # _____27762_____,

was duly admitted to practice in this Court on _____04/28/2004_____, and is in good standing as a member of the Bar of this Court.

Dated at _____New Orleans, LA_____ on _____04/15/2019_____
(Location)                                               (Date)

William W. Blevins
CLERK

Deputy Clerk

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *JOSEPH J. AGUDA, JR. ESQ., #27762*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 19th Day of April, 2002 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 15th Day of April, 2019, A.D.

Clerk of Court
Supreme Court of Louisiana