UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| LONG BEACH ROAD HOLDINGS, LLC, | PROPOSED EXHIBITS TO BE EXCLUDED PURSUANT TO THIS COURT'S MAY 13, 2019 ORDER |
| Plaintiff, | |
| -against- | |
| FOREMOST INSURANCE COMPANY, ET AL, | 2:14-cv-01801-ADS-ARL |
| Defendant. | |

-------------------------------------------------------------------X

PLEASE TAKE NOTICE that pursuant to this Court's Order dated May 13, 2019, Defendant FOREMOST INSURANCE COMPANY will move this court before the Honorable Arthur D. Spatt, at the United District Courthouse located at 100 Federal Plaza, Central Islip, New York at a time to be determined by the Court, for an Order granting FOREMOST INSURANCE COMPANY's Motion in Limine excluding the following Exhibits referenced in the Parties Amended Pretrial Order dated May 3, 2019 (attached):

- Plaintiff's Exhibit 2
- Plaintiff's Exhibit 3
- Plaintiff's Exhibit 5
- Plaintiff's Exhibit 6
- Plaintiff's Exhibit 7
- Plaintiff's Exhibit 8
- Plaintiff's Exhibit 9
- Plaintiff's Exhibit 10
- Plaintiff's Exhibit 11

- Plaintiff's Exhibit 12

- Plaintiff's Exhibit 15

- Plaintiff's Exhibit 18

Dated: May 15, 2019.

Respectfully submitted,

Counsel for Defendant,
Foremost Insurance Company

/s/
Joseph J. Aguda, Jr.
NIELSEN & TREAS, LLC
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002

/s/
James P. O'Connor and Yifei He
MARONEY O'CONNOR LLP
11 Broadway, Suite 831
New York, NY 10004

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2019, copies of the foregoing has been served upon all parties or their attorneys contemporaneously with or before the filing of this Document, in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using the CM/ECF system which will send notice of electronic filing, as follows:

      Counsel for Plaintiffs,
      Long Beach Road Holdings, LLC
      Michael J. Mauro, Esq.
      The Law Offices of Michael J. Mauro, Esq.
      444 East Boston Post Road, Suite 210
      Mamaroneck, New York 10543
      (914) 450-1108
      mmauro@mjmaurolaw.com

| */s/* | */s/* |
|---|---|
| Joseph J. Aguda, Jr. | James P. O'Connor and Yifei He |
| NIELSEN & TREAS, LLC | MARONEY O'CONNOR LLP |
| 3838 N. Causeway Blvd., Suite 2850 | 11 Broadway, Suite 831 |
| Metairie, Louisiana 70002 | New York, NY 10004 |