# PLAINTIFF EXHIBIT 5

**ACORD®**

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

DATE (MM/DD/YYYY) 10/25/2012

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): (718) 232-3300 | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| Fairmont Insurance Brokers, LTD. | | Chubb Custon Insurance Company/Foremost Insu | |
| 1600 60th Street | | 100 village CT ste 101 | |
| Brooklyn            NY    11204 | | Hazlet            NJ    07730-1548 | |
| FAX (A/C, No): (718) 256-9062 | E-MAIL ADDRESS: Mordy1@fairmontins.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |

| CODE: | SUB CODE: | POLICY TYPE |
|---|---|---|
| AGENCY CUSTOMER ID #: 00021463 | | Commercial Property |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | POLICY NUMBER |
|---|---|---|
| Long Beach Road Holdings LLC | | 99773470-00 |
| PO Box 568 | | |
| Yonkers            NY    10710 | EFFECTIVE DATE 4/21/2012 | EXPIRATION DATE 4/21/2013 | CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)    ☒ BUILDING  OR ☐ BUSINESS PERSONAL PROPERTY

LOCATION/DESCRIPTION
Loc# 00001/Bldg# 00001, 312 Long Beach Road
Island Park, NY  11558

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION       PERILS INSURED    | BASIC | BROAD | X | SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:  $       840,000 DED: 2,500

| | YES | NO | N/A | | | | |
|---|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME ☐ RENTAL VALUE | X | | | If YES, LIMIT: | 73,200 | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ | | | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | | | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | | | | |
| LIMITED FUNGUS COVERAGE | | X | | If YES, LIMIT: | | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | | | | |
| REPLACEMENT COST | X | | | | | | |
| AGREED VALUE | X | | | | | | |
| COINSURANCE | X | | | If YES, | 80% | | |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | If YES, LIMIT: | | DED: | |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | | | | |
| - Demolition Costs | | X | | If YES, LIMIT: | | DED: | |
| - Incr. Cost of Construction | | X | | If YES, LIMIT: | | DED: | |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT: | | DED: | |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: | 400,000 | DED: | 1,000 |
| WIND / HAIL (If Subject to Different Provisions) | | | | If YES, LIMIT: | | DED: | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| MORTGAGEE | | CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|---|
| LENDERS LOSS PAYABLE | X | Mortgagee & Loss Payee | |

NAME AND ADDRESS

The Westchester Bank
ISAOA ATIMA
2001 Central Park Avenue
Yonkers, NY  10710

AUTHORIZED REPRESENTATIVE

M Mishkowitz/ERICAR

ACORD 28 (2009/12)                    Page 1 of 2          © 2003-2009 ACORD CORPORATION. All rights reserved.

P00266

FloodPro

FEDERAL EMERGENCY MANAGEMENT AGENCY

CERTIFICATION OF PROOF OF PURCHASE OF FLOOD INSURANCE

TO: _____  DATE:  10/25/2012

*(Lending Institution)(Federal Agency)*

RE:(LOAN)(TRANSACTION)NO.:  N/A

(GRANTEE)(BORROWER)(INSURED):  LONG BEACH ROAD HOLDINGS

1. For title transfers:

[ ] a. This will certify that, as of this date, a Flood Insurance Policy, with mortgage clause payable to your institution, has been applied for and the premium for one year has been remitted to the servicing agent of the National Flood Insurance Program. (THE POLICY WILL BE EFFECTIVE AT THE TIME THE APPLICATION IS SIGNED BY THE PRODUCER AS A RESULT OF LENDER REQUIREMENT).

[ ] b. This will certify that, as of this date, an existing Flood Insurance Policy for the property specified below has been assigned to the mortgagor at or before the title transfer, with the mortgage clause payable to your institution.(THE POLICY WILL BE EFFECTIVE AT THE TIME TITLE TO THE PROPERTY IS TRANSFERRED TO THE PURCHASER).

2. For other loan transactions: (select one of the below)

[X] a. This will certify that, as of this date, a Flood Insurance Policy, with mortgage clause payable to your institution, has been applied for and the premium for one year has been remitted to the servicing agent of the National Flood Insurance Program. (SINCE THE POLICY WAS APPLIED FOR DURING THE 30-DAY PERIOD FOLLOWING 360471 INITIAL ELIGIBLITY FOR FLOOD INSURANCE COVERAGE UNDER THE EMERGENCY/REGULAR PROGRAM. THE POLICY IS EFFECTIVE AT 12:01 AM OF THE DAY FOLLOWING THE APPLICATION DATE).

[ ] b. This will certify that, as of this date, a Flood Insurance Policy, with mortgage clause payable to your institution, has been applied for and the premium for one year has been remitted to the servicing agent of the National Flood Insurance Program. (THE POLICY IS EFFECTIVE AT 12:01 AM OF THE 30th CALENDAR DAY FOLLOWING THE APPLICATION DATE).

| PROPERTY LOCATION | | | ANNUAL PREMIUM |
|---|---|---|---|
| 312 LONG BEACH ISLAND PARK, NY 11558 | | | $2,192.00 |
| APPLICATION DATE | EFFECTIVE DATE | POLICY AMOUNT APPLIED FOR(Structure) | POLICY AMOUNT APPLIED FOR(Contents) |
| 10-04-2012 | 10-25-2012 | $400,000.00 | $50,000.00 |
| FIRST MORTGAGEE | | | |
| THE WESTCHESTER BANK | | | |
| 2001 CENTRAL PARK AVENUE YONKERS, NY 10710 | | | |
| ADDRESS OF AGENCY | | | |
| 1600 60Th St Brooklyn, NY 11204-2138 | | | |
| AGENCY | | | |
| Fairmont Ins Brokers Ltd | | | |

BY: _____  DATE:  10/25/2012

*(Authorized Signature)*