# PLAINTIFF EXHIBIT 6


**FOREMOST INSURANCE COMPANY**
A MEMBER OF THE FARMERS INSURANCE GROUP

Policy Number: 87051013312012

## FLOOD POLICY DECLARATIONS
Foremost Insurance Company   Grand Rapids, MI

Extended Preferred Risk

Type: New Business
Policy Period: 10/25/2012   10/25/2013
Form: General

For payment status, call: (800) 260-9270
These Declarations are effective
as of: 10/25/2012 at 12:01 AM

### Address Info

**Producer Name and Mailing Address:**
FAIRMONT INS BROKERS LTD
1600 60TH ST
BROOKLYN, NY 11204-2138

**Insured Name and Mailing Address:**
LONG BEACH ROAD HOLDINGS
312 LONG BEACH ROAD
ISLAND PARK, NY 11558-1510

Agent/Agency #: 319: 00933
Reference #: 08711-34545-000
Phone #: (718) 232-2300

**Processed by:**
Flood Insurance Processing Center
P.O. Box 2057   Kalispell MT 59903-2057

### Property Info

**Insured Property Address:**
312 LONG BEACH ROAD
ISLAND PARK, NY 11558-1510

Premium Payor: Insured
Rated Zone: X            Current Zone: AE
Community Number: 36 0471 0307 F
Community Name: ISLAND PARK, VILLAGE OF
Grandfathered: No
Post-Firm Construction
Program Type: Regular

Coverage Limitations May Apply, Refer to Your
Flood Insurance Policy for Details.

**Building Description:**
Non-Residential
Split Level
Finished Basement/Enclosure
1 Family With Commercial Space
Apartment And Dental Office

**Replacement Cost:** $840,000
**Number of Units:** 1

### Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total |
|---|---|---|---|---|---|
| Building: | 400,000 |  | 1,000 |  |  |
| Contents: | 50,000 |  | 1,000 |  |  |
| Contents Location: | Basement or Enclosure and Above | | | | |

| Premium Calculation | |
|---|---|
| Premium Subtotal: | 2,167.00 |
| ICC Premium: | 5.00 |
| CRS Discount: | .00 |
| Federal Policy Fee: | 20.00 |
| Probation Surcharge: | .00 |
| Endorsement Amount: | .00 |
| **Total Premium Paid:** | **2,192.00** |

### Mortgage Info

**First Mortgage:**
THE WESTCHESTER BANK
2001 CENTRAL PARK AVENUE
YONKERS, NY 10710-2417

**Third Mortgage:**

**Second Mortgage:**

**Fourth Mortgage:**

This Declaration Page, in conjunction with the policy, constitutes your Flood Insurance Policy.
In WITNESS WHEREOF, we have signed this policy below and hereby enter into this Insurance Agreement.

P00174