# PLAINTIFF EXHIBIT 8

# ACORD EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 10/25/2012

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
PHONE (A/C, No, Ext): (718) 232-3300
Fairmont Insurance Brokers, LTD.
1600 60th Street
Brooklyn           NY    11204
FAX (A/C, No): (718) 256-9062
E-MAIL ADDRESS: MordyL@fairmontins.com
CODE:                SUB CODE:
AGENCY CUSTOMER ID #: 00021463

**COMPANY NAME AND ADDRESS**   NAIC NO:
Chubb Custom Insurance Company/Foremost Insu
100 village CT ste 101
Hazlet            NJ    07730-1548

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**POLICY TYPE:** Commercial Property

**NAMED INSURED AND ADDRESS**
Long Beach Road Holdings LLC
PO Box 568
Yonkers          NY    10710

**LOAN NUMBER:**
**POLICY NUMBER:** 99773470-00
**EFFECTIVE DATE:** 4/21/2012
**EXPIRATION DATE:** 4/21/2013
CONTINUED UNTIL TERMINATED IF CHECKED

ADDITIONAL NAMED INSURED(S)
THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION** (Use REMARKS on page 2, if more space is required)   ☒ BUILDING  OR  ☐ BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION:** Loc# 00001/Bldg# 00001, 312 Long Beach Road, Island Park, NY 11558

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED   BASIC   BROAD   ☒ SPECIAL

**COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE:** $ 840,000  DED: 2,500

| | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☐ RENTAL VALUE | X | | | IF YES, LIMIT: 73,200 | Actual Loss Sustained; # of months: | |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ | | |
| TERRORISM COVERAGE | | X | | Attach Disclosure Notice / DEC | | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | X | | | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | X | | | | | |
| LIMITED FUNGUS COVERAGE | | X | | IF YES, LIMIT: | DED: | |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | X | | | IF YES, 80% | | |
| EQUIPMENT BREAKDOWN (If Applicable) | | X | | IF YES, LIMIT: | DED: | |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | | X | | | | |
| - Demolition Costs | | X | | IF YES, LIMIT: | DED: | |
| - Incr. Cost of Construction | | X | | IF YES, LIMIT: | DED: | |
| EARTH MOVEMENT (If Applicable) | | X | | IF YES, LIMIT: | DED: | |
| FLOOD (If Applicable) | X | | | IF YES, LIMIT: 400,000 | DED: 1,000 | |
| WIND / HAIL (If Subject to Different Provisions) | | | | IF YES, LIMIT: | DED: | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | | | | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

| MORTGAGEE | CONTRACT OF SALE |
| LENDERS LOSS PAYABLE | X Mortgagee & Loss Payee |

**NAME AND ADDRESS**
The Westchester Bank
ISAOA ATIMA
2001 Central Park Avenue
Yonkers, NY  10710

**LENDER SERVICING AGENT NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE:**
M Mishkowitz/ERICAR    [signature]

ACORD 28 (2009/12)    Page 1 of 2    © 2003-2009 ACORD CORPORATION. All rights reserved.

P00266