# PLAINTIFF EXHIBIT 9

**FAIRMONT INSURANCE BROKERS, LTD.**
1600 60TH STREET
BROOKLYN, NY 11204
TEL: 718.232.3300 TOLL FREE: 800.497.4200
FAX: 718.256.9062

AN AFFILIATE OF THE FAIRMONT GROUP

Fairmont Insurance

October 25, 2012

**INVOICE**

Long Beach Road Holdings LLC
PO Box 568
Yonkers, NY 10710

Location: 312 Long Beach Road  Island Park NY, 11558

Acct. #: 00021463

| EFFECT | EXPIRES | COMPANY | DESCRIPTION | POLICY # | AMOUNT |
|---|---|---|---|---|---|
| TBD | TBD | Foremost Insurance Company | Flood Coverage | TBD | $2,192.00 |

Total premium due    $2,192.00

Please make checks payable to "FAIRMONT INSURANCE BROKERS".

Thank you for your business.

*Paid 10/25/12*
*# 1121*

P00168