# PLAINTIFF EXHIBIT 10

| | |
|---|---|
| LONG BEACH ROAD HOLDINGS LLC | 1-2/210 252    1121 |

date: 15/25/12

Pay to the order of Fairmount Ins.    $2192.00

Twenty One Hundred Ninety Two 00/100 dollars

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

for _____    [signature]    MP

⑈021000021⑈  833032584⑈ 1121