# PLAINTIFF EXHIBIT 11

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 29, 2012 through October 31, 2012
Account Number: 000000833032584

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004739 DRE 802 219 30812 YNNNNNNYNNN  1 000000000 D2 0000
LONG BEACH ROAD HOLDINGS LLC
PO BOX 568
YONKERS NY 10710-568



## CHECKING SUMMARY   Chase BusinessPlus Extra

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $633.72 |
| Deposits and Additions | 2 | 6,516.67 |
| Electronic Withdrawals | 7 | - 7,087.35 |
| Ending Balance | 9 | $63.04 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | Deposit | $1,100.00 |
| 10/05 | Deposit | 5,416.67 |
| **Total Deposits and Additions** | | **$6,516.67** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/09 | 10/06 Online Transfer To  Chk ...5978 Transaction#: 2901259605 | ~~$—~~ |
| 10/09 | 10/06 Online Transfer To  Chk ...1620 Transaction#: 2901260690 | ~~—~~ |
| 10/09 | 10/08 Online Transfer To  Brc ...4944 Transaction#: 2904198230 | ~~—~~ |
| 10/10 | Long Island Wtr  Payment  0129963      PPD ID: 1111516966 | ~~—~~ |
| 10/18 | 10/18 Online Transfer To  Chk ...5978 Transaction#: 2919265839 | ~~—~~ |
| 10/24 | Ipfs800-277-8878 Ipfspmtnyt 281358      CCD ID: 1531659615 | ~~—~~ |
| 10/26 | Femafloodnfsie  Payment   0000      CCD ID: 7007000527 | 2,192.00 |
| **Total Electronic Withdrawals** | | **$7,087.35** |

The fees for this account are included in the fee information for account -------------- 000000782282008.

Page 1 of 4

P00201