# PLAINTIFF EXHIBIT 12

Case 2:14-cv-01801-ADS-AYS   Document 95-10   Filed 05/15/19   Page 2 of 2 PageID #: 796

Case 2:14-cv-01801-ADS-ARL   Document 49-2   Filed 08/13/14   Page 55 of 64 PageID #: 363
Case 2:14-cv-01801-ADS-A     Document 1   Filed 03/20/14   Pag    52 of 61 PageID #: 52

### IMPORTANT: Mortgagee/Additional Insured Notification

- You are receiving this notice through a service called NoticeXChange. Inside this mailing are notices for multiple insurance carriers. Please see the instruction section for additional information.

The notification(s) below show what action (indicated in the Reason) that was taken by the 'Carrier' shown. Please see the Policy, Eff From, Property, or Premium Amt fields below to obtain specific details pertaining to each notice.

**Instructions:**

1) For Reason: Renewal Bill please remit payment to the company listed in the 'Payable To' section, check the 'Payment Enclosed' box, and remit the 'Amount Due' by the 'Due Date' indicated.
2) Please contact the insurance carrier or agent/producer if you are no longer the additional insured or loss payee.
3) Contact NoticeXChange by EMAIL at info@NoticeXChange.com or phone at 1(800)372-7983 to change your mailing address.
4) We welcome your suggestions regarding our form. If you would like to receive future notifications electronically please let us know at info@NoticeXChange.com.

10/26/2012

1010-260

ınlılılıllılılılılılıılıllıılıpıılblınılılılılılıılılılıın
THE WESTCHESTER BANK
2001 Central Park Ave

Yonkers, NY  10710-2427

Total Notifications With this Document:                    1

| | | Reason: | New Business Declaration | | | |
|---|---|---|---|---|---|---|
| Policy: | 87-05101331-2012 | | | RCV: | $840,000 | Grandfathered:  N |
| Insured: | Long Beach Rd Holdings | | | | | |
| Property: | 312 Long Beach Rd  Island Park, NY  11558 | | | | | |
| Bldg. Desc.: | Apartment And Dental Office | | | | | |
| Loan No: | | | Coverage | Coverage Amount | Coverage | Coverage Amount |
| Premium Amt.: | $2192.00 | | Building | 400,000 | Contents | 50,000 |
| Carrier/ | Foremost Insurance Co. | | | Policy Eff From: | 10/25/2012 | Eff To:  10/25/2013 |
| Payable To: | This is not an Invoice/Bill | | | | | |
| Producer: | Phone: 7182323300 | | Policy Type: | Flood | Flood Zone:  X | |
| | Fairmont Ins Brokers Ltd | | Ded. Clause: | 1,000 | 1,000 | |
| | 1600 60Th St Brooklyn, NY  11204 | | | | | |
| Mortgagee: | THE WESTCHESTER BANK | | | | | |
| | 2001 CENTRAL PARK AVENUE | | | | | |
| | YONKERS, NY  10710-2427 | | | | | |