# PLAINTIFF EXHIBIT 15

## EXHIBIT A

| Tenant: | Address: | Monthly Rent: |
|---|---|---|
| Beach Pediatrics, PLLC | 312 Long Beach Road | $5,416.67 |
| Marlene Vivanco | 312 Long Beach Road, Rear | $1,150.00 |
| | Total: | $6,565.67 |

Annual Rent: $78,200.04