# PLAINTIFF EXHIBIT 18

**FOREMOST INSURANCE CO.**
Flood Insurance Processing Center
P.O. Box 2057   Kalispell, MT 59903-2057
TEL: (800) 260-9270   FAX (800) 380-4783

**PREFERRED RISK FLOOD INSURANCE APPLICATION - EXTENSION**

| DIRECT BILL INSTRUCTIONS: | Waiting Period: | Loan Transaction - No Wait | POLICY PERIOD IS FROM |
|---|---|---|---|
| INSURED | If Lender Required: | N/A | 10/25/2012 TO 10/25/2013 |
| Policy Type: NEW | QUOTE NUMBER: | 7814763 | 12:01 A.M. Local Time at the Insured Property Location |

ADDRESS, TELEPHONE NO. AND FAX NO. OF LICENSED PROPERTY OR CASUALTY INSURANCE PROPERTY OR CASUA
FAIRMONT INS BROKERS LTD
08711-34545-000-00001
FAIRMONT INS BROKERS LTD
1600 60TH ST
BROOKLYN, NY 11204-2138
718-232-3300

NAME, TELEPHONE NUMBER AND MAILING ADDRESS OF INSURED:
LONG BEACH ROAD HOLDINGS
312 LONG BEACH ROAD
ISLAND PARK, NY 11558
(914) 447-0337

DISASTER AGENCY OR FOURTH MORTGAGE INFO

IF SECOND MORTGAGEE, LOSS PAYEE OR OTHER IS TO BE BILLED, THE FOLLOWING MUST BE COMPLETED, INCLUDING THE NAME, TELEPHONE NO. FAX NO. AND ADDRESS:

NAME, TELEPHONE NO., FAX NO., AND ADDRESS OF FIRST MORTGAGEE INCLUDING LOAN NUMBER:
THE WESTCHESTER BANK
2001 CENTRAL PARK AVENUE
YONKERS, NY 10710
Loan Number:

NAME OF COUNTY/PARISH:   NASSAU COUNTY
CURRENT COMMUNITY NUMBER AND SUFFIX:   36-0471  0307  G
CURRENT FLOOD ZONE:   AE
PRIOR COMMUNITY NUMBER AND SUFFIX:   36-0471  0307  F
PRIOR FLOOD ZONE:   X

PROPERTY LOCATION
312 LONG BEACH ROAD
ISLAND PARK, NY 11558

BUILDING USE TYPE
Other
If Other:   1 Family With Commercial Space

| Building Occupancy | Building Type | CONTENTS LOCATED IN: |
|---|---|---|
| NON-RESIDENTIAL | (Including basement enclosure): SPLIT LEVEL | BASEMENT/ENCLOSURE AND ABOVE |

Construction Date
01/01/2002

IS BUILDING:
Condo Form of Ownership?   No
Condo Unit?   N/A   #of Units:   N/A
Located on Federal Land?   N

ESTIMATED REPLACEMENT COST AMOUNT
$840,000

Construction Date Source
Construction Date Start

INSURED'S PRINCIPAL RESIDENCE?
NO

YEAR, MAKE, MODEL, AND SERIAL NUMBER OF MANUFACTURED (MOBILE) HOME/TRAVEL TRAILER
Year:   N/A   Make:         Model:         S/N:   N/A
Width:   N/A   Length:       Date of Placement on private property:   N/A

FAILURE TO ANSWER THE FOLLOWING QUESTIONS PROPERLY COULD RESULT IN VOIDANCE OF CONTRACT! THE FOLLOWING CONDITIONS SHOULD BE USED TO DETERMINE A BUILDING'S ELIGIBILITY FOR A PRP BASED ON ITS FLOOD LOSS HISTORY.

A) HAVE ANY OF THE FOLLOWING CONDITIONS EXISTED WITHIN ANY 10-YEAR PERIOD, REGARDLESS OF ANY CHANGE(S) IN OWNERSHIP OF THE BUILDING?
( )YES   (X)NO
2 LOSS PAYMENTS, EACH MORE THAN $1,000
3 OR MORE LOSS PAYMENTS, REGARDLESS OF AMOUNT
2 FEDERAL DISASTER RELIEF PAYMENTS (INCLUDING LOANS AND GRANTS), EACH MORE THAN $1,000
3 FEDERAL DISASTER RELIEF PAYMENTS REGARDLESS OF AMOUNT
1 FLOOD INSURANCE CLAIM PAYMENT AND 1 FLOOD DISASTER RELIEF PAYMENT EACH MORE THAN $1,000

ENTER SELECTED OPTION FROM THE PREMIUM TABLES ON THE FOLLOWING PAGE:

BUILDING AND CONTENTS COVERAGE COMBINATION
| BUILDING: | 400,000 |
| CONTENTS: | 50,000 |
| PREMIUM: | $2,192 |

CONTENTS COVERAGE ONLY
AMOUNT:
PREMIUM:

IMPORTANT: The low rate provided is the result of a preferred risk rate extension. When the extension expires, standard rates will apply.

Payment Type: eCHECK

The policy to which this premium applies is not subject to cancellation for reasons other than those set forth in the National Flood Insurance Program rules and regulations. In matters involving billing disputes, cancellation is not available other than for billing processing error or fraud.

THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. THE PROPERTY OWNER AND I UNDERSTAND THAT ANY FALSE STATEMENTS MAY BE PUNISHABLE BY FINE OR IMPRISONMENT UNDER APPLICABLE FEDERAL LAW.

APP56020984
Last Updated By FP 1.0

Print Date:   10/25/2012