F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 20 2019   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LONG BEACH ROAD HOLDINGS, LLC,

                         Plaintiff,

        -against-

FOREMOST INSURANCE COMPANY, ET AL,

                        Defendant.
-------------------------------------------------------------------X

JOINT STIPULATION OF
DISMISSAL        WITH
PREJUDICE

2:14-cv-01801-ADS-ARL

NOW INTO COURT, through undersigned counsel comes Plaintiff, LONG BEACH ROAD HOLDINGS, LLC ("Long Beach"), and Defendant, FOREMOST INSURANCE COMPANY ("Foremost"). Foremost appears in its capacity as a Write-Your-Own ("WYO") Program carrier participating in the United States government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended, and appearing herein in its "fiduciary" capacity as the "fiscal agent of the United States." Hereinafter, Plaintiffs and Defendant are referred to as the "Parties."

The Parties hereby agree and stipulate to the Plaintiffs' dismissal of all claims against Foremost, with prejudice. The Parties further hereby agree and stipulate to Defendant's dismissal of all counter-claims against Long Beach, with prejudice. Each party will bear its own costs.

WHEREFORE, Plaintiff, Long Beach Road Holdings, LLC and Defendant, Foremost Insurance Company, pray that all claims asserted by each Party be dismissed, with prejudice, each party to bear its own costs.

Dated: New York, New York
       May 19, 2019.

1

The Law Offices of Michael J. Mauro, Esq., PC
*Attorney for Plaintiff Long Beach Road Holdings LLC*
*/s/ Michael J. Mauro, Esq.*
444 East Boston Post Road, Suite 210
Mamaroneck, NY 10543

And

MARONEY O'CONNOR LLP
*Counsel for Defendant, Foremost Insurance Company*
*/s/ James P. O'Connor*
11 Broadway, Suite 831
New York, NY 10004

Case closed. SO ORDERED.

/s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

5/20/19
_____
Date